WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anheuser-Busch, Inc. and InBev USA, LLC,<br><br>                   Plaintiffs,<br><br>v.<br><br>Fred Nackard Wholesale Beverage Company,<br><br>                   Defendant. | NO. CIV-07-0246-PCT-SMM<br><br>**ORDER** |

Pending before the Court is the parties' stipulated Motion to permit Defendant Fred Nackard Wholesale Beverage Company an additional 14 days to respond to Plaintiffs' Complaint. (Dkt. 10.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulated Motion to permit Defendant Fred Nackard Wholesale Beverage Company an additional 14 days to respond to Plaintiffs' Complaint. (Dkt. 10.)

DATED this 28th day of February, 2007.

Stephen M. McNamee
United States District Judge